# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3316
_____

WILLIAM J. JERNIGAN,

Appellant,

v.

RAYMOND G. REINKE and MARY
LINN JERNIGAN, et al.,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian Hoffman of Carver, Darden, Koretzky, Tessier, Finn, Pensacola, for Appellant.

Andrea Carol Lyons, Rebecca Hope Radd, and Jennifer Shoaf Richardson of Emmanuel Sheppard & Condon, Pensacola, for Appellee Raymond G. Reinke.